JOSEPH E. MURPHY v. AUGUSTUS HOLTERHOFF and Another.

April 27, 1898.

Nos. 11,065—(114).

**Appeal—Sufficiency of Return—Hospes v. Northwestern M. & C. Co., 41 Minn. 256, Applied.**

Rule laid down in Hospes v. Northwestern M. & C. Co., 41 Minn. 256, as to the requisites of a return to this court, applied on an appeal from an order of the district court discharging a garnishee.

Appeal by plaintiff from an order of the district court for Ramsey county, Willis, J., discharging the Germania Bank of St. Paul as garnishee.   Affirmed.

*C. W. Ney*, for appellant.

*Stiles W. Burr*, for respondents.

PER CURIAM.

From an order discharging a garnishee, and based upon all files, records and proceedings in the action, plaintiff appeals.   The return to this court contains nothing more than copies of the affidavit for garnishment, the garnishee summons, an original and supplemental report of the referee appointed to take the disclosure, an order to show cause why the garnishee should not be discharged, the order appealed from, and the notice of, and bond on, appeal, certified to by the clerk of the district court.

The return is clearly defective, under the rule laid down in Hospes v. Northwestern M. & C. Co., 41 Minn. 256, 43 N. W. 180, and frequently applied in later cases.   It has not been made to appear affirmatively, either by the certificate of the judge making the order, or by the certificate of the clerk of the court below, that there are before this court all of the files, records and proceedings in the action on which the order was predicated, according to the recital therein found.

Order affirmed.